IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Council for Medicare Choice; Fort Worth Association of Health Underwriters, Inc; and Vogue Insurance Agency LLC,<br><br>   Plaintiffs,<br><br> v.<br><br>United States Department of Health and Human Services, *et al.*,<br><br>   Defendants. | Case No. 4:24-cv-446 |

## PLAINTIFFS' NOTICE OF RELATED CASE

Pursuant to Local Rule 3.3, Plaintiffs provide notice of a related case styled *Americans for Beneficiary Choice, et al. v. United States Department of Health and Human Services, et al.*, No. 4:24-cv-00439-O (N.D. Tex.). The *Americans for Beneficiary Choice* case was filed on May 13, 2024, and is pending. The Hon. Reed O'Connor is the presiding judge.

Plaintiffs' case and the *Americans for Beneficiary Choice* case are related because they both challenge the same agency rulemaking: the "Compensation Rule." *Medicare Program; Changes for Contract Year 2025*, 89 Fed. Reg. 30,448 (Apr. 23, 2024). The two cases therefore "aris[e] from a common nucleus of operative fact." Local Rule 3.3(b)(3).

Plaintiffs respectfully submit that the Court should deem this a related case and, for judicial efficiency, assign this case to be heard with *Americans for Beneficiary Choice*.

Dated: May 15, 2024                                         Respectfully submitted,

/s/   Allyson N. Ho

| | |
|---|---|
| Eugene Scalia (*pro hac vice* forthcoming) | Allyson N. Ho |
| Matthew S. Rozen  (*pro hac vice* forthcoming) | Texas Bar No. 24033667 |
| Aaron M. Smith  (*pro hac vice* forthcoming) | GIBSON, DUNN & CRUTCHER LLP |
| M. Christian Talley  (*pro hac vice* forthcoming) | 2001 Ross Avenue, Suite 2100 |
| GIBSON, DUNN & CRUTCHER LLP | Dallas, TX  75201 |
| 1050 Connecticut Avenue, N.W. | Telephone: (214) 698-3100 |
| Washington, D.C.  20036 | Facsimile: (214) 571-2971 |
| Telephone: (202) 955-8500 | aho@gibsondunn.com |
| Facsimile: (202) 467-0539 | |
| escalia@gibsondunn.com | Charles W. Fillmore |
| mrozen@gibsondunn.com | Texas Bar No. 00785861 |
| asmith3@gibsondunn.com | THE FILLMORE LAW FIRM LLP |
| ctalley@gibsondunn.com | 201 Main Street, Suite 700 |
| | Fort Worth, TX  76102 |
| | Telephone: (817) 332-2351 |
| | chad@fillmorefirm.com |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2024, the foregoing document was filed through the Court's CM/ECF system.  I further certify that I caused the foregoing document to be served on Defendants pursuant to Fed. R. Civ. P. 5(b)(2)(C) by mailing it through USPS Certified Mail for delivery as follows.

Leigha Simonton
Office of the United States Attorney for the Northern District of Texas
1100 Commerce Street, Third Floor
Dallas, TX 75242-1699

Civil Process Clerk
Office of the United States Attorney for the Northern District of Texas
801 Cherry St # 1700
Fort Worth, TX 76102

United States Department of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Centers for Medicare and Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244

Xavier Becerra
Secretary of Health and Human Services
200 Independence Avenue, S.W.
Washington, D.C. 20201

Chiquita Brooks-LaSure
Administrator of the
Centers for Medicare and Medicaid Services
7500 Security Boulevard
Baltimore, MD 21244

Merrick B. Garland
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

*/s/ Allyson N. Ho*
Allyson N. Ho