UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

COUNCIL FOR MEDICARE CHOICE,
ET AL.,

    Plaintiffs,

v.                                                                    No. 4:24-cv-00446-P

UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,
ET AL.,

    Defendants.

## ORDER

Upon review of the record, the Court finds that this case involves the same issues as Case No. 4:24-cv-439-O, which was filed on May 13, 2024, and assigned to Judge Reed O'Connor. In the interest of judicial economy and for the convenience of the Parties, the Court **ORDERS** that this case be **REASSIGNED** to the Honorable Reed O'Connor for possible consolidation.

The Court **DIRECTS** the Clerk of Court to update the docket sheet accordingly to reflect the reassignment of this case to Judge O'Connor.

All further documents filed in this case shall be filed under civil action number 4:24-cv-00446-O.

**SO ORDERED** on this **16th day of May 2024.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE