IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| AMERICANS FOR BENEFICIARY CHOICE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | Civil Action No. 4:24-CV-439-O |
| * * * * * * * * * * * | |
| COUNCIL FOR MEDICARE CHOICE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., <br><br> Defendants. | Civil Action No. 4:24-CV-446-O |

## NOTICE OF PROPOSED BRIEFING SCHEDULE

These two cases involve challenges to a Final Rule issued by the U.S. Department of Health and Human Services, Centers for Medicare & Medicaid Services, relating to the Medicare Advantage and Part D programs. In case 4:24-CV-439-O, the Court directed the parties to file a joint notice setting forth an agreed briefing schedule on a motion for a Section 705 stay or, alternatively, preliminary injunction, that the plaintiffs in that case (the "ABC plaintiffs") were planning to file. That stay/PI motion has since been filed by the ABC plaintiffs on June 17, 2024. Meanwhile, case 4:24-CV-446-O was reassigned to this Court from Judge Pittman given the similarity of issues raised by the plaintiffs in that case (the "CMC plaintiffs"), who are also

**Notice of Proposed Briefing Schedule – Page 1**

planning to soon file their own motion for a preliminary injunction and Section 705 stay. In the interest of efficiency and judicial economy, the parties believe it makes sense to have both cases proceed in a coordinated fashion (whether or not the Court desires to formally consolidate the cases). To that end all the parties have conferred and submit the following proposed briefing schedule for both the ABC plaintiffs' motion as well as the CMC plaintiffs' forthcoming motion:

| | |
|---|---|
| **May 21, 2024** | Anticipated date of filing of CMC plaintiffs' motion |
| **June 3, 2024** | The government responds to the ABC plaintiffs' motion and the CMC plaintiffs' motion, via a single consolidated response not to exceed 50 pages, filed by 1 p.m. Central |
| **June 7, 2024** | The ABC plaintiffs and the CMC plaintiffs file their respective reply briefs, each not to exceed 15 pages |

The parties have also conferred about a possible hearing on the motions, and they are in agreement that the motions can be decided without live testimony. Plaintiffs also respectfully submit that a hearing or oral argument is warranted, and respectfully request that the Court schedule it no later than June 19, 2024, due to counsel's scheduling conflicts after that date.

Respectfully submitted,

| | |
|---|---|
| */s/ Michael P. Lynn* | */s/ Eugene Scalia* |
| Michael P. Lynn | Eugene Scalia (*pro hac vice*) |
| Texas Bar No. 12738500 | Matthew S. Rozen (*pro hac vice*) |
| Lynn Pinker Hurst & Schwegmann, LLP | Aaron M. Smith (*pro hac vice*) |
| 2100 Ross Avenue, Suite 2700 | M. Christian Talley (*pro hac vice*) |
| Dallas, Texas 75201 | GIBSON, DUNN & CRUTCHER LLP |
| Phone: (214) 981-3801 | 1050 Connecticut Avenue, N.W. |
| Fax: (214) 981-3839 | Washington, D.C. 20036 |
| mlynn@lynnllp.com | Telephone: (202) 955-8500 |
| | Facsimile: (202) 467-0539 |
| David Keltner | escalia@gibsondunn.com |
| Texas Bar No. 11249500 | mrozen@gibsondunn.com |
| Kelly Hart & Hallman LLP | asmith3@gibsondunn.com |
| 201 Main Street, Suite 2500 | ctalley@gibsondunn.com |
| Fort Worth, Texas 76102 | |
| Phone: (817) 878-3560 | Allyson N. Ho |
| Fax: (512) 495-6401 | Texas Bar No. 24033667 |
| david.keltner@kellyhart.com | GIBSON, DUNN & CRUTCHER LLP |
| | 2001 Ross Avenue, Suite 2100 |
| Michael B. Kimberly* | Dallas, TX 75201 |
| D.C. Bar No. 991549 | Telephone: (214) 698-3100 |
| McDermott Will & Emery LLP | Facsimile: (214) 571-2971 |
| 500 North Capitol Street NW | aho@gibsondunn.com |
| Washington, D.C. 20001 | |
| Phone: (202) 756-8901 | Charles W. Fillmore |
| Fax: (202) 756-8087 | Texas Bar No. 00785861 |
| mkimberly@mwe.com | H. Dustin Fillmore III |
| | Texas Bar No. 06996010 |
| * *pro hac vice* motion pending | THE FILLMORE LAW FIRM LLP |
| | 201 Main Street, Suite 700 |
| Attorneys for the ABC Plaintiffs | Fort Worth, TX 76102 |
| (Case 4:24-CV-439-O) | Telephone: (817) 332-2351 |
| | chad@fillmorefirm.com |
| | |
| | Attorneys for the CMC Plaintiffs |
| | (Case 4:24-CV-446-O) |

**Notice of Proposed Briefing Schedule – Page 3**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

LEIGHA SIMONTON
UNITED STATES ATTORNEY

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney
Texas Bar No. 24060668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone:    214-659-8626
Facsimile:     214-659-8807
brian.stoltz@usdoj.gov

Attorneys for Defendants (Case 4:24-CV-439-O and 4:24-CV-446-O)

Certificate of Service

On May 21, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Brian W. Stoltz
Brian W. Stoltz
Assistant United States Attorney