IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Council for Medicare Choice, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>United States Department of Health and Human Services, *et al.*,<br><br>          Defendants. | Civil Action No. 4:24-cv-446-O |

**[Proposed] Order**
**Granting Plaintiffs' Motion For Summary Judgment**

Upon consideration of Plaintiffs' Motion for Summary Judgment, responses and replies thereto, and the entire record herein, it is hereby

**ORDERED** that Plaintiffs' motion is **GRANTED**.

The Court therefore **VACATES** the challenged provisions of the Compensation Rule—specifically, those amending 42 C.F.R. §§ 422.2274(a), (c), (d), (e) and 423.2274(a), (c), (d), (e).

**SO ORDERED**.

_____, 2024.

_____
UNITED STATES DISTRICT JUDGE