# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| Council for Medicare Choice, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> United States Department of Health and Human Services, *et al.*, <br><br> Defendants. | Case No. 4:24-cv-446-O |

**Notice Of Supplemental Material**

For the reasons stated in their concurrently filed motion for leave to file supplemental material, Plaintiffs respectfully submit as supplemental material the Fifth Circuit's recent decision in *Airlines for America v. Department of Transportation*, __ F.4th __, 2025 WL 313998 (5th Cir. Jan. 28, 2025). The slip opinion is attached as Exhibit A.

Dated:  February 6, 2025                                    Respectfully submitted,

/s/   Allyson N. Ho

| | |
|---|---|
| Allyson N. Ho | Eugene Scalia (*pro hac vice*) |
| Texas Bar No. 24033667 | Matthew S. Rozen  (*pro hac vice*) |
| GIBSON, DUNN & CRUTCHER LLP | Aaron M. Smith  (*pro hac vice*) |
| 2001 Ross Avenue, Suite 2100 | M. Christian Talley  (*pro hac vice*) |
| Dallas, TX  75201 | GIBSON, DUNN & CRUTCHER LLP |
| Telephone: (214) 698-3100 | 1050 Connecticut Avenue, N.W. |
| Facsimile: (214) 571-2971 | Washington, D.C.  20036 |
| aho@gibsondunn.com | Telephone: (202) 955-8500 |
| | Facsimile: (202) 467-0539 |
| Charles W. Fillmore | escalia@gibsondunn.com |
| Texas Bar No. 00785861 | mrozen@gibsondunn.com |
| H. Dustin Fillmore III | asmith3@gibsondunn.com |
| Texas Bar No. 06996010 | ctalley@gibsondunn.com |
| THE FILLMORE LAW FIRM LLP | |
| 201 Main Street, Suite 700 | |
| Fort Worth, TX  76102 | |
| Telephone: (817) 332-2351 | |
| chad@fillmorefirm.com | |
| dusty@fillmorefirm.com | |

2

## CERTIFICATE OF SERVICE

I hereby certify that, on February 6, 2025, I caused the foregoing document to be filed with the Clerk for the U.S. District Court for the Northern District of Texas through the ECF system. Participants in the case who are registered ECF users will be served through the ECF system, as identified by the Notice of Electronic Filing.

Dated: February 6, 2025                                                    Respectfully submitted,

*/s/ Allyson N. Ho*
Allyson N. Ho
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX  75201
(214) 698-3100
aho@gibsondunn.com