UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICANS FOR BENEFICIARY CHOICE, et al., <br><br> Plaintiffs <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; et al., <br><br> Defendants. | § § § § § § § § § § § § § § | Civil Action No. 4:24-cv-00439-O |
| COUNCIL FOR MEDICARE CHOICE, et al., <br><br> Plaintiffs <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; et al., <br><br> Defendants. | § § § § § § § § § § § § § § | Civil Action No. 4:24-cv-00446-O |

**ORDER**

Before the Court is Plaintiffs' Unopposed Motion for Leave to File Supplemental Material (ECF No. 61), filed February 6, 2025. Plaintiffs ask the Court for leave to file their Notice of Supplemental Material regarding the Fifth Circuit's recent decision in *Airlines for America v. Department of Transportation*, 127 F.4th 563 (5th Cir. 2025). Noting the lack of opposition and finding good cause, the Court **GRANTS** Plaintiffs leave to file the supplemental authority. Defendants may file a response to the notice of supplemental authority.

1

**SO ORDERED** this **19th day** of **March, 2025**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**