UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| AMERICANS FOR BENEFICIARY CHOICE, et al., <br><br> Plaintiffs <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; et al., <br><br> Defendants. | § § § § § § § § § § § § § § | Civil Action No. 4:24-cv-00439-O |
| COUNCIL FOR MEDICARE CHOICE, et al., <br><br> Plaintiffs <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; et al., <br><br> Defendants. | § § § § § § § § § § § § § § § | Civil Action No. 4:24-cv-00446-O |

## ORDER

Before the Court is Plaintiffs' Motion for Leave to File Response to Defendants' Notice of Supplemental Authority (ECF No. 69 (Case 4:24-CV-446-O)), filed May 8, 2025. Noting the lack of opposition and finding good cause, the Court hereby **GRANTS** Plaintiffs' Motion.

**SO ORDERED** this **9th day** of **May, 2025**.



Reed O'Connor
UNITED STATES DISTRICT JUDGE